# UNITED STATES DISTRICT COURT

*For*
*The District of Rhode Island*

Deaven E. Acker Sr

"Pro Se"

(Enter the full name(s) of the Plaintiff(s) in this action)

vs.

Ashbel T. Wall II

"Et Al"

(Enter the full name(s) of the Defendant(s) in this action)

CA 07 406 ML

Civil Action No. ____________

PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes: ________ No: NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ______________________________

______________________________

Defendants: ______________________________

______________________________

2. Court where action was filed(if federal, give the district; or if state, give the county):

______________________________

3. Please give docket number(s): ______________

4. Name of Judge to whom case was assigned: ______________

______________________________

5. Disposition of case(for example, was the case dismissed or appeal, or is it still pending)

______________________________

6. Approximate date of filing lawsuit: 8.18.07

7. Approximate date of disposition: ______________

II. PLACE OF PRESENT CONFINEMENT Maximum Security Seg.

A. Did you present the facts relating to this complaint to the Warden or any of the prison officials?

Yes warden James weeden & all other named parties "Ex A"

B. If your answer was Yes:

1. What steps did you take? I wrote them all letters. And I filed numerous grievances slips.

2. What was the result(s): They didn't respond to my letters & the grievance were not answered.

C. If your answer is NO, explain why not: ______________

______________________________

III. PARTIES

In item "A" below, place your name in the first blank. Do the same for for any additional parties, if any.

A. Name of Plaintiff: Deaven E. Tucker SR.

______________________________

In item "B" below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, position and places of employment of any additional Defendants.

B. Defendant Ashbel T. Wall III is employed as Director at A.C.I.

C. Additional Defendants: S.I.U. Investigators wardens, Lt's & captains. counselor Tony Amaral "Et Al".

## IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

(1) On 3-01-05, I was taken out of medium one & placed in seg pending a narcotics investigation without being given a notice of transfere. on 3-31-05 I was logged from medium one, to intake hospital ward without being given a notice of transfere & I was also booked for narcotics trafficking on the word of a reliable informant. (2) I was placed in the hospital ward observation cell with a 24 hour guard, I was placed in a dry cell chained to a bed from 3-31-05 until 4-06-05 & on 4-06-05 I was forced to deficate inside

## V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

Issue a declaratory judgement that defendants violated plaintiffs state & federal statutory rights, & amendment rights & privileges of the united states constitution.

B. Defendant Jake Gadlson is employed as Assistant Director at A.C.I.

C. Additional Defendants: S.I.U. investigator's warden's, C/O's & captain's.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

a plastic bag by investigator's Joe Forge & Steven cabral, they went threw my feces & no drugs were found. I was then taken down stairs for an interrogation & on the way down in the elevator I was smacked by investigator Steven cabral, I made a formal complaint with inspector Lopez & he took pictures of the cut on my lip. They brought me in the office to be interrogated where Steven Mugler, Joined the interrogation, I asked for my attorney & they said it was a D.O.C. investigation & I wasn't entitled to my attorney. I refused

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

Issue an injunction ordering the defendant's or their agent's to refrain from placing inmate's in Seg without following policies & procedure's when no security issues involved or expediting

B. Defendant Tony Alocal is employed as counselor at A.C.I.

C. Additional Defendants: S.I.U. investigator's warden's, C/o's & captain's.

## IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

to answer any questions & they berated me & my family for a half hour or so & I refused to talk. (3) I was then booked by said investigator's for threats that I didn't make, on two separate booking's on 4-06-05. (4) I was then booked on 4-08-05 for a dirty urine that I suppossedly took in medium, yet on the alleged date of the infraction I was confined in the intake, on both of thee alleged date's investigator's falsafied booking's. (5) I was moved on 4-08-05 from the intake hospital to intake seg with no rec or shower's for a total

## V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

the procedure's in ascertaining an inmate's situation & confinement. Refrain from transferring inmate's from building to building without just cause or notice of transfere. And refrain

B. Defendant Culworth is employed as warden intake at A.C.I.

C. Additional Defendants: S.I.U. investigator's, warden's, C/o's & captain's.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

of fourteen day's (14), I wasn't allowed to send out mail, speak with canselor Debbie Morretti, or call my lawyer Dena Paolino, even though I put in numerous request slips. Investigator's Joe Forge & Steven Cabral placed a memo on the board in the seg control center informing C/o Lubbard, & C/o Scot Separazzaru, denying me shower's, rec, phone call's & access to the seg counselor Debbie Morretti. I wrote D.O.C. attorney Patricia Comfere, informing her of my situation, she wrote me back & the next day the fifthteenth day (15), I was given a

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

from opening out going mail without just cause & or a notice. Grant compensatory damages in following amount's; 1. $1,000.00 against defendant Ashbal T. Wall II. 2. $ 500.00

B. Defendant James Weeden is employed as Warden Maximum at A.C.I.

C. Additional Defendants: S.I.U. investigator's, warden's, C/o's & captain's.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

Shower, rec & access to counselor Debbie Morretti, who called my lawyer Dena Paolino, who came up to see me immediately & C/o Scotti Lepazzera gave my attorney the memo regarding my status. (6) I was then moved from the intake center to high security on 4-17-05 again without being given a notice of transferee. (7) The investigator's were opening my out going mail from 3-01-05 until 6-10-05 where I made numerous formal complaint's to chief investigator Robert Catlow, that whoever was in charge of my mail monitoring, (Steven Cabral), &

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

against each of the following remaining defendant's & D. Grant punitive damages of $500.00 against each defendant or grant such other relief as it may appear plaintiff is entitled too, or

B. Defendant Vitale is employed

as Assistant warden at A.C.I.

C. Additional Defendants: S.I.U. investigator's, warden's, a %'s & captain's.

## IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

(Linda Rose), they switched all my mail on 6-03-05 the letter to victoria Berardinelli was sent to Erin cahill, & Erin cahill's was sent to victoria Berardinelli. The letter I sent to Melissa Maclean, was sent to Christina Faria & Christina Faria's was sent to Melissa Maclean, all with the intention to alienate me from my family & friends. (E) I was then booked again by investigator Steven Cabral for again making threat's in an out going letter that I didn't make, once again he falsefied another booking, I again write Robert Catlow

## V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

this court deem's necessary.

B. Defendant Robert Catlow is employed as Chief investigator at A.C.I.

C. Additional Defendants: S.I.U. investigator's, warden's, C/o & captain's.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

to complain. On 6-9-05 Robert Catlow, David Baptista & Steven Cabral, came to see me & apologized for switching my mail & they informed me that the mail monitoring was over. (9) I was released on 6-16-06, & on 12-13-06 I came back to the A.C.I. & was placed under a mail monitoring imediately, (I wasn't informed of this), they're opening my out going mail to date & they've been doing so since 12-13-06 & I haven't been under any D.O.C. investigation. (10) On 12-29-07 I signed a six (6) month deal & on 1-03-07 I was moved from intake

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

B. Defendant Linda Rose is employed as S.I.U. investigator at A.C.I..

C. Additional Defendants: S.I.U. investigators, wardens, Y.O.'s & captains.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

to high security without a notice of transfere or classification as is the policy. I was placed in D-mode for one night & then I was then moved moved to seg behind the hospital ward without my property, or rec from 1-04-07 until 1-17-07 in a cell without a window. I wrote to chief investigator Robert Catlow, on 1-17-07 explaining my situation, & he wrote back on 1-18-07 informing me I was infact B-status & shouldn't have been placed in seg. I was moved on 1-19-07 to B-status. (1) on 2-08-07 a counselor from the intake cave

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

B. Defendant William Burgonis is employed as S.I.U. investigator at A.C.I.

C. Additional Defendants: S.I.U. investigator's, warden's, Tos & captain's.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

to see me about my classification status & asked me why I was moved without seeing the board, I had no answer & he then did my classification report. They held a board without me & I was then classafied max P/c status unbeknown to me. I was then brought to a classification board on 3-16-07 in high security where I was informed by Counselor Tony Amaral, that I was infact max P/c & I asked to be placed there & he said "no", I was the reclassafied high security B-status.

(12) on 3-17-07 I put in a request slip to counselor

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

B. Defendant Steven Cabral is employed as S.I.U. investigator at A.C.I.

C. Additional Defendants: S.I.U. investigator's, warden's C/O's & captain's.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

Tony Amaral, to marry my long time fiancé, Tony Amaral, did the necessary paper work & it was approved for 4-15-07 captain Anderson, brought us the necessary paper work to sign. On 4-13-07 Counselor Tony Amaral informed us that it would be pushed back to 5-8-07 because he wanted us to use his Justice of Peace. And then on 5-3-07 I was moved from high security B-Status to maximum security seg once again without being given a notice of transfere. (3) I was placed on Administrative confinement awaiting trial, I

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

B. Defendant Joseph Forge is employed as S.I.U. investigator at A.C.I.

C. Additional Defendants: S.I.U. investigator's, warden's, C/o's & captain's.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

wasn't yet awaiting trial, I wasn't under any D.O.C. investigation nor was I facing disciplinary proceeding's. Noone came to see me or talk to me, & explain my situation as is policy. I was denied access to call my family & or attorney, I wasn't allowed store order's, or visit's, phone call's or property & I wasn't given incoming mailed for a month nor was I allowed to send out out going mail. On May 30th, I was indicted on new charge's & on June 1st, I was given property, rec, visit's & a phone call to my attorney. (4) My sentence ended

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

B. Defendant Steven Mugler is employed as Former S.I.U. invest. at A.C.I..

C. Additional Defendants: S.I.U. investigators, wardens, Lt's & captains.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

on 6-4-07 but I had pending charges so I should of been moved to the intake as a nonsentenced awaiting trial inmate. I put in request slips concerning my status & finally on 6-15-07 warden James Weeden came to see me & gave me a memo & explained that I was on a new status called administrative confinement awaiting trial, he told me that this status was created on 12-15-07 in anticipation of my indictment. I have since gained access to said policy & I dont fit the criteria to be placed on said status, further more

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

B. Defendant Leo Ashton is employed as captain max at A.C.I.

C. Additional Defendants: S.I.U. investigator's, warden's, %'s & captain's.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

they didn't follow the policy & procedure. I've never spoken to a shift commander regarding my status, noone has explained my situation to date. I have never spoken to an ARC panal or a psychologist as is policy, im not & haven't once had out side rec as is policy. As a pretrial detainee im suppose to be given more phone privileges to speak with my attorney & or private investigator's, im being given one ten minute call a week personal or legal. Noone has evaluated my situation from 5-03-07 to date. (15) I am being denied access to the law library or law cart to

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

B. Defendant Joseph Alves is employed as Lieutenant Max at A.C.I.

C. Additional Defendants: S.I.U. investigators, wardens, Ss & captains.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

work on my case, im allowed to see a law library clerk once a week & more often than not my request is denied. It was denied on 6-13-07, 6-21-07, 6-25-07, 6-26-07, 6-27-07, 7-10-07, 7-16-07, 7-12-07, 8-6-07, 8-7-07, 8-13-07, 8-14-07, 8-20-07, 9-3-07, 9-7-07. Furthermore, im law illeterate & don't know what books to ask for & I can't trust a law clerk with my legal work do to the seriousness of my case.

(16) They open my out going mail without just cause or action which is against policy. I filled out grievances on 7-07-07 & on 8-3-07 I was informed

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

B. Defendant Scotti Lepareccr is employed as C/o Intake at A.C.I.

C. Additional Defendants: S.I.U investigator's, warden's, c/o's & captain's.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

that they were lost so I had to refile them on 8-5-07, on 7-15-07 my fiance gave birth to my son & the hospital sent me my son's birth certificate certified mail, I was informed on 7-23-07 that it was "lost" when it came in the mail. (17) I filed a 42 U.S.C.A 1983 on 7-24-07 & on 7-26-07 lieutenant Alves, C/o Melino, C/o Gardner, C/o Denise & captain Ashton, came to my cell for a routine cell search, & they were berating me for filing grievances & the previous 42 U.S.C.A. 1983 lawsuit. C/o Melino said that I can thank

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

B. Defendant Lombardi is employed as C/o Intake at A.C.I.

C. Additional Defendants: S.I.U. investigator's, warden's, C/o's & captains.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

way I can gain access to such a weapon in an administrative confinement, therefore, I go to visits once a week, court or to see my attorney & I am searched before being escorted from my cell, & then I am again strip searched upon entering my cell again. I (18) on 8-31-07 my fiance & two son's came to visit me, once my seg time was up, they were here at 8:25 a.m. for an 8:30 visit, I wasn't brought into the visiting room until 9:07 a.m & I was told that I had to leave at 9:27 well before my

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

B. Defendant Mary Amaral is employed as Counselor at A.C.I.

C. Additional Defendants: S.I.U. investigator's, warden's, %'s & captain's.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

10:00 a.m. full visit time. (19) on 9-12-07 my fiance & I filled out the necessary paper's to be married with maximum counselor Dale Folen for the second time, we still haven't been allowed to marry. Also on 9-12-07 we were once again told at 9:39 a.m. that our visit was over before the 10:00 a.m.

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

VI. CERTIFICATION

I the undersigned, do hereby swear that the above stated facts are both true and correct, based upon my personal knowledge.

(Signature of Plaintiff)

(Additional Plaintiffs)

Cranston, R.I. 02920
(Address for Plaintiff(s)