# United States District Court

DISTRICT OF

Deaven B. Tucker "pro-se"

Plaintiff

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

V.

Ashbal V. Wall III "etal"

Defendant

CASE NUMBER: CA 07 406ML

I, Deaven B. Tucker SR declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☒ Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration maximum security sec

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. April 2007 I was an A.C.I. porter & received thirty dollars (30) day porter pay

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts? ☒ Yes ☐ No

If "Yes" state the total amount. $8.83

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Deaven E. Tucker Jr, Lynne Faria Tucker & Dawn N. Tucker, they are my three children & im currently incarcerated so I don't support them, but I do send them gifts & money on holidays & for they're birthdays.

I declare under penalty of perjury that the above information is true and correct.

8.18.07 — DATE

Deavan Tucker — SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ____________ on account to his/her credit at (name of institution) ____________. I further certify that the applicant has the following securities to his/her credit: ____________ ____________. I further certify that during the past six months the applicant's average balance was $ ____________.

DATE

SIGNATURE OF AUTHORIZED OFFICER

# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

"Pro Se"
Deaven E. Tucker

v.

Ashbel T. Wall II "et al"

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Deaven E. Tucker Sr., being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (X)

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

______________________________

______________________________

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

March 2007 $ 31.00

April 2007 $ 31.00

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (X)

b. Rent payments, interest or dividends? Yes ( ) No (X)

c. Pensions, annuities or life insurance payments? Yes ( ) No (X)

d. Gifts or inheritances? Yes ( ) No (X)

e. Any other sources? Yes (X) No ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

I receive money in my account from my mother or girlfriend because im unemployed it's between $50.00 or $100.00 a month

3. Do you own any cash, or do you have money in a checking or savings account?

Yes (X) No ( ) (Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned.

I have $5.83 in my inmate account.

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( ) No (X)

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Deqwen E. Ticker (gifts & holidays)
Jyonna Faria Ticker (gifts & holidays)
Dawon N. Ticker (gifts & holidays)

I declare under penaltyof perjury that the foregoing is true and correct.

Executed on 8-18-07
(Date)

Deqwen E. Ticker
(Signature)

RESPONSE

1. Have you had the assistance of an attorney, other law-trained personnel, or writ writers since the conviction your petition is attacking was entered?

Yes ____________ No NO

2. If you checked "yes" above, specify as precisely as you can the period(s) of time during which you received such assistance, up to and including the present.

3. Describe the nature of the assistance, including the names of those who rendered it to you.

4. If your petition is in jeopardy because of delay prejudicial to the state under Rule 9(a), explain why you feel the delay has not been prejudicial and/r why the delay is excusable under the terms of Rule 9(a). This should be done by relying upon FACTS, not your opinions or conclusions.

5. If your petition is in jeopardy under Rule 9(b) because it asserts the same grounds as a previous petition, explain why you feel it deserves a reconsideration. If its fault under Rule 9(b) is that it asserts new grounds which should have been included in a prior petition, explain why you are raising these grounds now rather than previously. Your explanation should rely on FACTS, not your opinions or conclusions.

Executed on 8.18.07
(Date)

[signature]
(Signature)