**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DEAVEN E. TUCKER**

**v.** **C.A. No. 07-406 ML**

**A.T. WALL** et al.

**ORDER**

Presently before the Court is the motion of the *pro se* plaintiff wherein he seeks to have the U.S. Marshals Service effect service on the eighteen named defendants. Said motion is **DENIED** without prejudice. Plaintiff is directed to serve each defendant with a copy of the complaint and a summons via interdepartmental mail at the ACI.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: Nov 6, 2007