**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DEAVEN TUCKER**

**V.** **C.A. No. 07 - 406 ML**

**ASHBEL T. WALL**, et al.

**ORDER**

This matter is before the Court on the application of the *pro se* plaintiff Deaven Tucker to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(e). After consideration of the motion and of plaintiff's prison trust account statement, plaintiff's motion is **DENIED**. Plaintiff has sufficient funds to pay the initial filing fee.

Plaintiff is hereby **ORDERED** to pay the initial filing fee of $350.00 within ten days of this order or this case will be dismissed.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 12-11-07