UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DEAVEN TUCKER

v. CA 07-406 ML

ASHBELL T. WALL, et al.

ORDER

This matter is before the Court on Plaintiff's response to an order to show cause why this case should not be dismissed for lack of prosecution. Plaintiff has submitted a letter wherein he sets forth the reasons why he has not effectuated service. The Court finds that Plaintiff has shown cause. Plaintiff is directed to submit proof of service within 60 days of the date of this order. Failure to comply with this order will result in a dismissal of the action without further notice.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 11, 2008