RECEIVED
APR 09 2008
Property of U.S. District Court
District of Rhode Island

(1)

Mrs Barbara Barletta, 3.28.08

I just received Chief U.S. District Judge Mary M. Lisi's order dismissing my law suit without prejudice unless I can show just cause as to why the case shouldn't be dismissed. I know that my law suit was filed on November 1st without an answer or claim having been filed. I would first like to point out the fact that im law illiterate & this is the first time I filed a lawsuit. My lawyer in another matter, "Mark Smith", filed the lawsuit on my behalf November 1st. I was then lugged to seg November 2nd & placed under investigation & then on November 8th, I was released from seg without a booking & while being housed in seg the copy of complaint & my lawsuit came up missing from my property.

And, then in mid December I received an order from, Jacob Hagopian, Senior United States Magistrate saying that I must pay a $350.00 filing fee & I did so because im very serious about said law suit. I then received a letter in late December from the Clerk of Court, David A. DiMarzio, saying that I must serve a copy of complaint & a Notice of lawsuit & request for waiver of service of summon's &

a waiver of service form all via inter departmental mail. I was once again logged to seg on December 31st, pending another investigation & then got released January 3rd without a booking. I then wrote Mr David A DiMarzio, in the beginning of January saying that I need another copy of the complaint so I can send one to each defendant & on January 17th, I received one but page number 16 was missing. I wrote him again on January 30th, telling him that I received page 14 & it was missing page 16 & I didn't get any response until March 25th, I received a full copy of my complaint. I am in the process of having the law library make copies & then I will be mailing off copies to each defendant. I am providing copies of everything I spoke on in this letter & do to the circumstance's of my situation I hopes that my lawsuit won't be dismissed so thank you for your time!

Sincerely
Deaven E. Tucker Sr