RECEIVED
APR 09 2008
Property of U.S. District Court
District of Rhode Island

(1)

CHIEF JUDGE 3.28.08
MARY M. LISI,

I just recieved an order dismissing my lawsuit without prejudice unless I can show just cause as to why the case shouldn't be dismissed. I know that my law suit was filed on NOVEMBER 1st, without an answer or claim having been filed. I would first like to point out the fact that I'm law illiterate & this is the first time I filed a lawsuit. My lawyer in another matter, "Mark smith", filed the lawsuit on my behalf NOVEMBER 1st. I was then lugged to seg on NOVEMBER 2nd, & placed under investigation & then on NOVEMBER 8th, I was released from seg without a booking & while being housed in seg the copy of complaint & my lawsuit came up missing from my property.

And, then in mid DECember I received an order from "Jacob Hagopian, senior united state's Magistrate saying that I must pay $350.00 filing fee & I did so because I'm sincere about this lawsuit. I then recieved a letter in late December from the clerk of court, DAVid A. Dimarzio, saying that I must serve a copy of complaint & a Notice of lawsuit & request for a waiver of service of summon's & a waiver of service form all via inter departmental mail. I was once again

lugged to seg on December 31st, pending another investigation & then got released January 3rd without a booking. I then wrote Mr David A. Dimarzio, in the beginning of January saying that I need another copy of complaint so that I can send one to each defendant & on January 17th, I recieved one but page 16 was missing. I wrote him again on January 30th, telling him that I recieved page 14. & it was missing 16, & I didn't get any response, until March 25th, I recieved a full copy of my complaint. I am in the process of having the law library make copies & then I will be mailing off copies to each defendant. I am providing copies of everything I spoke on in this letter & do to the circumstances of my situation I hope that my lawsuit won't be dismissed, so thank you for your time!

Sincerely
Deaven E. Tucker SR.