①

Honorable chief Judge,
Mary M. Lisi

RECEIVED
JUN 05 2008
Property of U.S. District Court
District of Rhode Island

May 28th

I am writing in regards to law suit that I filed in your court. I have suffered set back after set back in my pursuit of this matter & my wife put up $350^{00} of her hard earned money so I can file this suit because I don't consider it a frivolous matter & I pray that this court & your honor doesn't either. I am completely law illiterate & this is the first time I filed anything so I don't know what my next step's are. I received a letter, (order), from you on April 17th, (4.17.08), dated April 11th from you.

You, ordered me to show proof that I submitted proof of service within 60 day's of the date of your order & failure to comply with said order will result in a dismissal of the action without further notice.

I did send a copy of the law suit to each defendant with the waiver of service & summon's necessary paper work via interdepartmental mail & too date I have not received anything back & have no way of proving I sent it. I even had my wife send each defendant a copy of the lawsuit & necessary paper work, so now what else can I possibly do?

My wife can't afford to send each defendant one certafied mail as she did your honor & mrs Barbara Barletta's in April so is there any cause of action I can do so the lawsuit isn't dismissed?

Thank you for your time!

Respectfully
Deaven E. Tucker SR