UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DEAVEN TUCKER

v.                                                                                     CA 07-406 ML

ASHBEL T. WALL, et al.

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on May 4, 2010. No objection has been filed and the time for doing so has passed. This Court adopts the Report and Recommendation in its entirety. Plaintiff's Motion for Leave to Appeal In Forma Pauperis is DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
June 3, 2010