UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DEAVEN E. TUCKER

v.  CA 07-406 ML

ASHBEL T. WALL, et al.

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on December 7, 2011. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. Defendants' Motion for Summary Judgment is hereby DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
December 29, 2011